On motion of *Mr. Wells* leave is given to amend the bill. Then the variance being corrected, the demurrer was overruled. This amendment was to correct the variance, allowing a prayer of general relief in the original bill and bill of revivor.

[NOTE.] In 2 Madd.Ch.Pr. [1815 ed.] 396, 397, it is said that if any of the parties, plaintiffs or defendants, die, or if a *feme sole* plaintiff marries (it is different if a *feme sole* defendant marries) regularly the suit abates, and a bill of revivor is necessary. Cites 1 Vern. 318. 1 Ves. 182. *Abergavenny v. Abergavenny,* Vin.Abr., title, "Baron and Feme," Ja., pl. 20.

The original bill was allowed to be revived.

## JAMES D. WESTCOTT v. JONATHAN R. ALLSTON and JOHN ALLSTON.

Court of Chancery. New Castle. August 24, 1819.

*Ridgely's Notebook II, 500.*

## CORNELIUS DUSHANE and WIFE v. ALRICHS RYLAND.

Court of Chancery. New Castle. August 25, 1819.

*Ridgely's Notebook II, 504.*